**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JENNIFER SIEMBIEDA | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 18-cv-02030-PWG |
| SONNY PERDUE, | * | |
| Defendant. | * | |

## NOTICE OF RESTORED FUNDING
## AND CONSENT REQUEST FOR NEW BRIEFING SCHEDULE

Defendant Sonny Perdue in his official capacity as Secretary of the Department of Agriculture, hereby gives notice of his counsel's return to work. The parties have conferred regarding a new briefing schedule, which Defendant proposes below with Plaintiff's consent.

1. On January 25, 2019, the government restored funding to the United States Department of Justice, among other agencies. Undersigned counsel is now permitted to resume her usual civil litigation functions.

2. This restored funding will lapse at the end of the day on February 15, 2019 absent further legislation. Undersigned counsel has no appreciation of the likelihood of the passage of any such legislation.

3. The parties conferred and request the following deadlines be entered:

Defendant's Motion and Answer Deadline: March 8, 2019

Plaintiff's Motion Response Deadline: April 3, 2019

Defendant's Motion Reply Deadline: April 17, 2019

4. Defendant regrets the disruption caused by the lapse in funding and apologizes for the uncertainty created by the possibility of a second shutdown prior to his proposed motion deadline. Because undersigned counsel was unable to work on this matter on even a voluntary basis during the shutdown, a deadline prior to February 15, 2019 would present a hardship.

5. Counsel for Plaintiff consents to the proposed briefing order in Paragraph Three.

6. A proposed order is attached.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: / s /
MOLISSA H. FARBER
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4862
Molissa.Farber@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on February 5, 2019, I served a copy of the foregoing Notice of Restored Funding and Consent Request for New Briefing Schedule by filing that document with the Clerk of the Court under the Court's CM/ECF system, which electronically transmits a copy to the registered participants, and mailed paper copies by first class mail, postage prepaid, to those identified as nonregistered participants.

                                                          /s/
                                          Molissa H. Farber
                                          Assistant United States Attorney