IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| JENNIFER L. SIEMBIEDA | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 8:18-cv-02030-PWG |
| SONNY PERDUE | )<br>) |
| Defendant. | )<br>)<br>) |

## PLAINTIFF'S DAMAGES DISCLOSURE STATEMENT

In accordance with the Court's March 21, 2019 Scheduling Order, Plaintiff, Jennifer Siembieda, hereby submits her Damages Disclosure Statement as follows:

1. <u>Monetary Relief</u>:

    a. <u>Back Pay Damages</u>

Plaintiff is seeking the full measure of lost pay and benefits she experienced as a result of defendant's unlawful termination of her employment. Plaintiff was unemployed for approximately five months following her termination, resulting in lost wages of approximately $27,000. Plaintiff also seeks to recover the difference in wages, if any, between her current position and the position she would have occupied but for her termination. This amount is currently unknown. As noted in paragraph 2(b) below, Plaintiff alternatively seeks front pay in lieu of reinstatement.

    b. <u>Compensatory Damages</u>

Plaintiff is seeking fair compensation to be determined by the jury for the pain, suffering, emotional distress, humiliation, damage to her career, and loss of enjoyment of life she

experienced as a result of defendant's unlawful termination of her employment. Plaintiff relies upon the judgment of the jury to determine an appropriate figure in light of the evidence that will be introduced at trial.

      c.      Other Losses

Plaintiff also seeks to recover damages for the loss of sick and annual leave she experienced, relocation expenses she incurred as a result of the termination of her employment, and interest payments that resulted from her inability to pay loans which, in turn, resulted from the termination of her employment.

      d.      Attorney Fees and Expenses

If she prevails in this matter, Plaintiff will seek an award to reimburse her for the attorneys' fees and expenses she incurs prosecuting this matter. Plaintiff will comply with the Local Rules requirements regarding notice to defendant relating to fees.

2.      Equitable and Declaratory Relief

      a.      Reinstatement

Plaintiff seeks reinstatement to the position she would have held but for her unlawful firing.

      b.      Front Pay

Alternatively, if the court finds for whatever reason that reinstating Plaintiff to the position she should have held is not feasible, then Plaintiff seeks front pay to compensate her for future financial loss.

      c.      Injunctive Relief

            (i)      Plaintiff seeks a declaration that defendant has violated her civil rights, and an injunction against future violations.

        (ii)       Plaintiff also seeks appropriate record correction consistent with the facts of this case and the above-requested relief.

                  Respectfully submitted,

                  PARGAMENT & HALLOWELL, PLLC

March 28, 2019                /s/ Jeffrey J. Pargament, Esq.
                                  Bar No.: 12596
                                  Frank C. Gulin, Esq.
                                  Bar No.: 20293
                                  Pargament & Hallowell, PLLC
                                  1776 K Street, N.W., Suite 825
                                  Washington, DC 20006
                                  (202) 775-0707 (telephone)
                                  (202) 775-0733 (facsimile)

## CERTIFICATE OF SERVICE

I, Frank C. Gulin, hereby certify that on this 28th day of March 2019, I filed the foregoing Damages Disclosure Statement with the Clerk of the Court under the Court's CM/ECF system, which electronically transmits a copy to the registered participants as identified on the Notice of Electronic Filing.

                                    /s/ Frank C. Gulin